CAWOOD v. COE, Com'r of Patents.

No. 7750.

United States Court of Appeals for the District of Columbia.

Argued June 5, 1941.

Decided June 30, 1941.

Vernon E. Hodges, of Washington, D. C., and Richard L. Cawood, pro se (H. Hamlin Hodges, of Washington, D. C., on the brief), for appellant.

H. S. Mackey, of Washington, D. C., (W. W. Cochran, of Washington, D. C., on the brief), for appellee.

Before MILLER, VINSON, and EDGERTON, Associate Justices.

PER CURIAM.

This is a suit to obtain a patent on an improvement in ball mills for grinding or "dispersing" paint, ink products, etc. The claims relate to "streamlined enlargements" or gradual undulations on the inside of, and integral with, the wall of the mill. We think the Patent Office and the District Court were clearly right in finding that the claims lack invention over the prior art.

Affirmed.